IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:19cr62-KS-MTP

MARVES FAIRLEY

## NOTICE OF FORFEITURE

NOTICE IS HEREBY GIVEN that on January 30, 2020, the Honorable Keith Starrett, United States District Judge for the Southern District of Mississippi, entered a Preliminary Order of Forfeiture (ECF No. 23) condemning and forfeiting to the United States of America the property described below:

> **Smith & Wesson pistol, model SD40VE, .40 caliber, SN: FZV6906; and Any ammunition seized**

The Preliminary Order of Forfeiture having been entered, the United States hereby gives notice of its intention to dispose of the forfeited property in such manner as the Attorney General of the United States may direct. Any persons or entities having or claiming a legal right, title or interest in the aforementioned property must, within thirty (30) days of the final publication of this notice or actual receipt thereof, whichever is earlier, petition the United States District Court for the Southern District of Mississippi for a hearing to adjudicate the validity of his/her alleged interest in the property pursuant to 21 U.S.C. § 853(n). If a hearing is requested, it shall be held before the Court alone, without a jury. Claimants will bear the burden of proof in all such cases. Petitions that fail to allege an interest sufficient to maintain a claim under § 853(n) shall be subject to dismissal without a hearing. *See* Rule 32.2(c)(1)(A) of the Federal rules of Criminal Procedure.

The petition shall be signed by the petitioner under penalty of perjury and shall identify the particular property or properties in which the petitioner claims a legal right, title or interest; the

nature and extent of such right, title or interest in each property; the time and circumstances of the petitioner's acquisition of the right, title or interest in each property; and any additional facts and documents supporting the petitioner's claim and the relief sought. *See* 21 U.S.C. § 853(n)(3).

A hearing on the petition shall, to the extent practicable and consistent with the interests of justice, be held within thirty (30) days of the filing of the petition. The Court may consolidate the hearing on the petition with a hearing on any other petition filed by a person other than the defendant named above. The petitioner may testify and present evidence and witnesses on his/her own behalf and cross-examine witnesses who appear at the hearing.

The petition must be filed with the United States District Court for the Southern District of Mississippi at the following address:

> 701 N. Main Street, Suite 200, Hattiesburg, MS  39401

Furthermore, the United States Department of Justice must be served with the petition at the following address:

> United States Attorney's Office
> Attn: AUSA Marc Perez
> 501 E. Court Street, Suite 4.430
> Jackson, MS 39201

IF THE PETITIONER FAILS TO FILE A PETITION TO ASSERT HIS RIGHT, TITLE, OR INTEREST IN THE ABOVE-DESCRIBED PROPERTY, WITHIN THIRTY (30) DAYS OF THIS NOTICE, OR WITHIN THIRTY (30) DAYS OF THE LAST PUBLICATION OF THIS NOTICE, WHICHEVER IS EARLIER, THE PETITIONER'S RIGHT, TITLE, AND INTEREST IN THIS PROPERTY SHALL BE LOST AND FORFEITED TO THE UNITED STATES. THE UNITED STATES THEN SHALL HAVE CLEAR TITLE TO THE PROPERTY HEREIN DESCRIBED AND MAY WARRANT GOOD TITLE TO ANY SUBSEQUENT PURCHASER OR TRANSFEREE.

Please check www.forfeiture.gov for a listing of all judicial forfeiture notices as newspaper publication of judicial forfeiture notices has been discontinued.

February 27, 2020

        D. MICHAEL HURST, JR.
        United States Attorney

        /s/ *Andrew William Eichner*
By:   ANDREW WILLIAM EICHNER
        Assistant United States Attorney
        501 E. Court Street, Suite 4.430
        Jackson, MS  39201
        MA Bar Number: 690026
        Phone: (601) 965-4480
        Fax: (601) 965-4409
        andrew.eichner@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the appropriate counsel in this case.

THIS the 27th day of February, 2020.

                                              D. MICHAEL HURST, JR.
                                              United States Attorney

                                              /s/ Andrew William Eichner
                             By:    ANDREW WILLIAM EICHNER
                                              Assistant United States Attorney